No. 248. UNITED STATES *v.* CLAPP. Court of Claims. Certiorari denied. *Solicitor General Sobeloff* for the

United States. *Charles D. Hamel* and *James P. Jones* for respondent.

